**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| EDWIN DISSOSWAY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MULHEREN; XFG 259, LLC; XFG, LLC; XFG PROPERITIES LLC; X-FACTOR GROUP; XFG JJ LLC; ANGELA MULHEREN; and DAVID "DEE" MULHEREN,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:26-cv-00098-P<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT DAVID "DEE" MULHEREN'S ANSWER AND AFFIRMATIVE**

Defendant David "Dee" Mulheren file this Original Answer and Defenses to the Complaint of Plaintiff Edwin Dissosway, and would respectfully show the Court as follows:

## I. ANSWER TO ALLEGATIONS

1. Defendant responds to the numbered paragraphs of the Complaint as follows. Defendant generally denies Plaintiff's allegations and any allegation not expressly admitted is denied.

## II. SPECIFIC ADMISSIONS

2. Defendant specifically admits that this court has jurisdiction under 28 USCA § 1332 as contained in paragraph 10 of the Original Complaint.

## III. DEFENSES

3. Without assuming any burden of proof or persuasion not otherwise placed upon them by law, Defendant asserts the following defenses:

4. **Failure to State a Claim.** The Complaint, in whole or in part, fails to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

5. **Lack of Privity / No Contract.** Plaintiff's breach-of-contract claim fails as to Defendant because Defendant was not a party to, and is not bound by, any contract with Plaintiff.

6. **Fraud Not Pleaded With Particularity.** Plaintiff's fraud claim fails to satisfy the heightened pleading requirements of Federal Rule of Civil Procedure 9(b) as to Defendant.

7. **Statute of Frauds.** Plaintiff's claims are barred, in whole or in part, by the statute of frauds.

8. **Reservation of Defenses.** Defendant reserves the right to assert additional affirmative defenses as they become known through discovery.

## IV. PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court enter judgment that Plaintiff take nothing by his Complaint and that the Complaint be dismissed with prejudice and that the Court award Defendant his costs and such other and further relief to which he may be justly entitled.

Respectfully submitted,

**NORRED LAW, PLLC**
By: */s/ Solomon G. Norred*
Solomon G. Norred
Texas State Bar No. 24138007
sgn@norredlaw.com
515 E. Border St., Arlington, Texas 76010
Tel: 817-704-3984 | Fax: 817-524-6686
**ATTORNEY FOR DEFENDANT DAVID "DEE" MULHEREN**

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

*/s/ Solomon G. Norred*
Solomon G. Norred