ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

OCT 13 2026 AM9:54
FILED-USDC-NDTX-FW

| | | |
|---|---|---|
| EDWIN DISSOSWAY,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil Action No. 4:26-cv-00098-P |
| DAVID MULHEREN, ET AL.,<br>Defendants. | §<br>§<br>§ | |

**NOTICE OF PRO SE APPEARANCE OF INDIVIDUAL DEFENDANTS**

Defendants David Mulheren, David "Dee" Mulheren, and Angela Mulheren (the "Individual Defendants") give notice that, following the withdrawal of their counsel (ECF No. 54), each of them is appearing pro se and representing himself or herself in this action.

The Individual Defendants ask that all notices, orders, and papers in this case be sent to each of them at the addresses and email addresses listed below.

This notice is filed only on behalf of the Individual Defendants. It is not an appearance on behalf of X-Factor Group, Inc., or any other entity defendant.

Respectfully submitted,

David Mulheren, Pro Se
1704 Babbling Brook Dr.
Grand Prairie, TX 75050
Tel: 469-323-3456
Fax: None
Email: david@xfginc.com

David "Dee" Mulheren, Pro Se
2008 Onetta Dr.
Irving, TX 75061
Tel: 214-240-5899
Fax: None
Email: popsmulheren@gmail.com

Angela Mulheren, Pro Se
1704 Babbling Brook Dr.
Grand Prairie, TX 75050
Tel: 469-323-3456
Fax: None
Email: angiemulheren@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on October 13, 2026, a true copy of this notice was served on Gene DuBose, counsel for Plaintiff, by email at gene@duboselegalgroup.com and by first-class U.S. mail to DuBose Litigation, P.C., P.O. Box 141476, Irving, Texas 75014-1476.

David Mulheren