**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **EDWIN DISSOSWAY,**<br>**Plaintiff / Counter-Defendant,**<br><br>**v.**<br><br>**DAVID MULHEREN; XFG 259, LLC; XFG, LLC; XFG PROPERITIES LLC; X-FACTOR GROUP, INC.; XFG JJ LLC; ANGELA MULHEREN; and DAVID "DEE" MULHEREN,**<br>**Defendants / Counter-Plaintiffs.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 4:26-cv-00098-P** |

**NOTICE OF COMPLIANCE WITH ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL (ECF NO. 55)**

TO THE HONORABLE COURT:

Solomon G. Norred and Norred Law, PLLC ("Counsel"), former counsel of record for Defendants and Counter-Plaintiffs David Mulheren, Angela Mulheren, David "Dee" Mulheren, XFG 259, LLC, XFG, LLC, XFG Properities LLC, X-Factor Group, Inc., and XFG JJ LLC (collectively, "Defendants"), file this Notice of Compliance with the Court's Order Granting Motion to Withdraw as Counsel (ECF No. 55) and state as follows:

1. On October 6, 2026, the Court granted Counsel's Motion to Withdraw as Counsel (ECF No. 54). ECF No. 55. The Order directed Mr. Norred to provide a copy of the Order to Defendants within seven days and to file a notice with the Court that a copy of the Order was timely delivered to Defendants. *Id.*

2. On October 6, 2026, the same day the Order was entered, Counsel delivered a copy of the Order to Defendants by email at the email addresses listed in the Motion to Withdraw (ECF No. 54 ¶ 7): mulwil312@gmail.com (David Mulheren, individually and for X-Factor Group, Inc.,

XFG 259, LLC, XFG, LLC, XFG Properities LLC, and XFG JJ LLC); angiemulheren@gmail.com (Angela Mulheren); and popsmulheren@gmail.com (David "Dee" Mulheren).

3. Also on October 6, 2026, Counsel sent a copy of the Order to Defendants by regular U.S. mail and by certified mail at 1704 Babbling Brook Drive, Grand Prairie, Texas 75050, the address listed in the Motion to Withdraw and in the Order. The copies for X-Factor Group, Inc., XFG 259, LLC, XFG, LLC, XFG Properities LLC, and XFG JJ LLC were addressed in care of David Mulheren at that address.

4. Counsel therefore delivered a copy of the Order to all Defendants within the seven days required by the Order.

Respectfully submitted,

NORRED LAW, PLLC

By: *<u>/s/ Solomon G. Norred</u>*
Solomon G. Norred
Texas State Bar No. 24138007
sgn@norredlaw.com
515 E. Border St., Arlington, Texas 76010
Tel: 817-704-3984 | Fax: 817-524-6686
FORMER COUNSEL FOR DEFENDANTS /
COUNTER-PLAINTIFFS

**CERTIFICATE OF SERVICE**

I certify that on October 13, 2026, this notice was served on all counsel of record through the Court's CM/ECF system. I further certify that on the same date I served a copy on each Defendant by email at the addresses listed in Paragraph 2 and by regular U.S. mail at 1704 Babbling Brook Drive, Grand Prairie, Texas 75050.

*<u>/s/ Solomon G. Norred</u>*
Solomon G. Norred