**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **Edwin Dissosway,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 4:26-cv-00098-P** |
| **vs.** | § | |
| | § | |
| **David Mulheren; XFG 259, LLC, XFG, LLC, XFG Properities LLC, X-Factor Group, XFG JJ LLC, Angela Mulheren, and David "Dee" Mulheren.** | § § § § | |
| | § | |
| **Defendants.** | § | |

**REPORT REGARDING MEDIATION OF OCTOBER 26, 2026**

A Mediation was held with Jason Nash on the morning of October 26, 2026. In attendance, were Plaintiff Edwin Dissosway and his counsel, Eugene Zemp DuBose, and *pro se* parties Angela Mulheren and David "Dee" Mulheren. *Pro se* party David Mulheren was not in attendance because that morning prior to the mediation, Sergeant Jared McGinley, Sergeant of the Criminal Investigation Division of the Mansfield Police Department, had arrested Mr. Mulheren for Felony Theft in the Third Degree.

The disputes between Mr. Dissosway, on the one hand, and *pro se* parties, Angela Mulheren and David "Dee" Mulheren, on the other, were settled at the mediation and incorporated in the Partial Mediated Settlement Agreement filed in this suit as Document 63 on October 26, 2026. Plaintiff has agreed to dismiss his pending claims against *pro se* parties Angela Mulheren and David "Dee" Mulheren and the *pro se* parties Angela Mulheren and David "Dee" Mulheren release all claims which they have against Mr. Dissosway.

________________________________________
Angela Mulheren, *pro se*
angiemulheren@gmail.com

________________________________________
David "Dee" Mulheren , *pro se*
popsmulheren@gmail.com

________________________________________
Eugene Zemp DuBose
counsel for Edwin Dissosway

Respectfully submitted

/s/ Eugene Zemp DuBose
Eugene Zemp DuBose
State Bar No. 06151975
DuBose Litigation, P.C.,
3725 Northridge Drive
Irving Texas 75038
***Mail:*** Post Office Box 141476
Irving Texas 75014-1476
(214) 675-9022
email: gene@DuBoseLitigation.com

ATTORNEY FOR PLAINTIFF

Certificate of Conference

Counsel sent a copy of this document to Angela Mulheren and David "Dee" Mulheren on October 27, 2026 at 4:55 pm with pages 3 & 4 from the court's scheduling order so they could see the what was required after a settlement. The email read:

> You will see from pages 3 and 4 of the courts scheduling order in our case that we have to file a report of the results of our mediation. I have drafted a proposed report that I have attached. If you agree with the description of the settlement set out in the report, please sign it on the blank line for our signature and return the document to me for filing with the court. I am not your attorney, and so I can give you no advice on whether you should sign this or not, nor can the mediator give you any advice for the same reason.

Counsel received no response to this email. Counsel sent another copy of the document to them at 6:18 pm on October 27, 2026, asking if there were any changes they would like. Counsel received no response t this email. Counsel sent an email to them at 11:45 a.m. on October 28, 2026 which reads as follows:

> *Pro se* Mulherens,
>
> You should notice that the scheduling order requires us JOINTLY to prepare a written report. This means you need to either accept what I have written and sign the document I sent you or propose additional terms or amended language for the report. Or you may completely redraft the report and send it to me for my approval or amendment.

Counsel has received no response to this email.

Certificate of Service

The undersigned attorney hereby certifies that he served the attached document on all three *pro se* Defendants on October 28, 2026, by electronic service.

/s/ Eugene Zemp DuBose
Eugene Zemp DuBose